507 A.2d 822

COMMONWEALTH of Pennsylvania, Appellant,

v.

Dorothy FINLEY, Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1985.

Decided April 23, 1986.

Eric B. Henson, Deputy Dist. Atty., Gaele M. Barthold, Chief/Prosecution Appeals, Ann C. Lebowitz, Asst. Dist. Atty., for appellant.

Catherine Harper, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER- MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.